Good morning. I'm Leslie Collins, here for Petitioner, or Plaintiff, of Hollinsburg, Diane Patterson. Ms. Collins, before you get into your argument, could you please tell us whether the Circuit Court had jurisdiction to hear this case in the first instance? Yes, we did. And why did it have jurisdiction? They had jurisdiction because all parties were located in Madison County. What did the Commission do with this case when they got it from the arbitrator? The Commission reversed the arbitrator's decision. And sent it back to do what? For further proceedings. And what would those proceedings be? We tried this case on all issues. Okay, so it would have been TTD, it would have been medical, is that right? Yes. So then the Commission's decision wasn't a final order? And if it's not a final order, where did the Circuit Court get jurisdiction to hear the case? How is it a final order when you have these unresolved issues? They're not monetary calculations. They're significant medical issues. That's what we're struggling with. Tell us. Maybe this comes as a surprise to you, and maybe you didn't anticipate this, but we have an independent obligation to consider dealing with that issue. Yes, well, that may be a mistake that all parties have made. And you cannot agree to jurisdiction. Either it exists or it doesn't. And if it doesn't, there's nothing we can do about it. So take a moment and tell us why the Circuit Court got jurisdiction. Well, I would argue that... It's going to be a challenge. That they have jurisdiction because we have an order from the... Well, I... Although we haven't considered this before stating that. Well, I would argue that they have jurisdiction. Because they should. Because they should. Well, you don't have to argue the impossible. I think it's possible that... The thing is, if the Commission found that there was an accident, the party who appealed the case to the Circuit Court, which was Respondent Employer, I believe that is why they appealed it to the Circuit Court. Because there was... We know why they appealed. The question is, could they appeal? Do they have any right to appeal in the first instance? I believe they had a right to appeal. Because if there's no finding of accident, then all other issues are moved. And that's why I think, you know, whenever Mr... When the Respondent's attorney is causing this problem, but we want your opinion. Once it's remanded for things other than monetary calculations, it's generally not a final order. When the Respondent's attorney gets up there, he's going to have to explain where he thought he had jurisdiction. Well, I think that they did have... I mean, the Circuit Court did have a jurisdiction. Because if we don't have a finding of accident, then there can really be no rulings on all of the other issues. I mean, if the Commission says there is no accident, then all other issues are moved. Well, that's usually what, you know, is decided at this level. Well, but I think that that's where they have their right and the avenue to go to the Circuit Court. It's because if we don't have accident, then... Okay, let's trace it back. So, they're before the Circuit Court, and what does the Circuit Court decide? Well, the Circuit Court found that the Commission's decision was against the manifest weight of the evidence, and therefore found that the case should be, I believe, reversed. So, all of the other issues are going to be now looked at by the Commission, is that correct? That's correct. And it's kind of like having everything in a bundle to be looked at in all aspects. Do we have that bundle here, or is it somehow back in the Commission to be decided? There's no bundles to it. I mean, the Commission could have, in this case, just decided all the issues. They could have said, we reversed the arbitrator on accident, and we ordered this much TTD and all that. And if that would have happened, everything's been decided, all administrative proceedings have been finalized, and it comes on the Circuit Court. But instead, the Commission said, we're sending it back to the arbitrator to decide that. Correct. And they appealed to the Circuit Court because they didn't like the order of the Commission. So, do we have a right to even be here? No. Okay. Would you like to yield the rest of your time to the opposing counsel? Absolutely. Okay, very good. Thank you. May it please the Court of Counsel, I was not the attorney who appealed this to the respondent. That is this issue. I did not see it before. Do you see it now? I do, Your Honor. And I do agree that it was not a final order, so it should have been remanded back to the arbitrator for further proceedings. Thank you. So, it does not appear that we are here improperly. Thank you. Thank you, Counsel. Counsel, would you like a final word? Yes, please. If you would just ask that it be remanded back to the arbitrator. Okay, very good. Thank you. Thank you, Counsel. Both this matter will be taken under advisement and a written disposition.